United States Bankruptcy Court
Southern District of Texas

**ENTERED**
April 09, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 23-33848 |
| BLACK STONE INVESTMENT GROUP, | § | |
| | § | CHAPTER 7 |
| Debtor. | § | |
| | § | |
| AMIN DEVON JONES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | ADVERSARY NO. 24-3235 |
| | § | |
| BLACKSTONE INVESTMENT GROUP, | § | |
| BELLUM CIVILE LLC, POLIN BUD, | § | |
| OHANA INNOVATIONS LLC, and DOES 1 | § | |
| THROUGH 20, | § | |
| | § | |
| Defendants. | § | |

**ORDER**
**STRIKING PLEADING**
*Resolving ECF No. 6.*

The "Emergency Motion For Leave To File Amended Complaint And For Temporary Stay"[1] filed by Amin Devon Jones on April 7, 2025 is hereby **STRUCK** from the record for failure to contain BLR 9013-1(b) notice language and attach a proposed order pursuant to BLR 9013-1(h).

SIGNED April 9, 2025

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge

---

[1] ECF No. 6.